**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LEE WALSH,**

                **Plaintiff,**

**-vs-**                                       **Case No. 6:06-cv-334-Orl-19JGG**

**STATE PARK CEMETERY CO., d/b/a**
**Washington Park Cemetery,**

                **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration after a hearing on the following motion filed herein:

> **MOTION:**    **STIPULATION OF DISMISSAL (Doc. No. 44, 49)**
>
> **FILED:**      December 7, 2006
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

The Court has been advised by the parties that the above-styled action has been completely settled. In accordance with the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, I held a hearing to determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982). At the hearing, counsel represented that Plaintiff Lee Walsh has received all of the past due wages to

which she claimed to be entitled.  Accordingly, I find that the settlement of this case was fair as it pertains to the payment of past due wages to Walsh, and I recommend that the Court approve it.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 8, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy