**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LEE WALSH,

       Plaintiff,

vs.                                                        CASE NO. 6:06-CV-334-ORL-19JGG

STATE PARK CEMETERY CO.,
d/b/a Washington Park Cemetery,

       Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 53, filed December 8, 2006). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 53) is **ADOPTED and AFFIRMED.** The Stipulation and Order of Dismissal (Doc. No. 44, filed November 2, 2006) and the Joint Stipulation and Order for Dismissal with Prejudice (Doc. No. 49, filed December 7, 2006) are **GRANTED,** with the Court retaining jurisdiction to enforce the terms of the parties' Settlement Agreement.

**DONE AND ORDERED** at Orlando, Florida, this   29th   day of December, 2006.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record